UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADRIAN CALLEROS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FSI INTERNATIONAL, INC. , DONALD MITCHELL,  JAMES BERNARDS, TERRENCE GLARNER, STAN YARBRO, DAVID SMITH, RB MERGER CORP., and TOKYO ELECTRON LIMITED,<br><br>Defendants. | Civil No. 0:12-cv-02120 (RJK/AJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendants, through their counsel, that this action shall be dismissed with prejudice and without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-captioned action pursuant to this stipulation.

Dated: October 23, 2012

| | |
|---|---|
| **FAEGRE BAKER DANIELS LLP**<br><br>By s/Wendy J. Wildung<br>Wendy J. Wildung (#117055)<br>Justin P. Krypel (#389385)<br>Jeffrey P. Justman (#390413)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Tel: (612) 766-7000<br>Fax: (612) 766-1600<br>E-mail: Wendy.Wildung@faegrebd.com<br>          Justin.Krypel@faegrebd.com<br>          jeff.justman@FaegreBD.com<br><br>*Counsel for Defendants Donald S. Mitchell, James A. Bernards, Terrence W. Glarner, Stan K. Yarbro, David V. Smith, and FSI International, Inc.*<br><br>**MASLON EDELMAN BORMAN & BRAND, LLP**<br><br>By s/Richard G. Wilson<br>Richard G. Wilson (#16544X)<br>Emily M. Rome (#296648)<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 672-8308<br>Facsimile: (612) 642-8308<br>E-mail: rich.wilson@maslon.com<br>          emily.rome@maslon.com<br><br>*Counsel for Tokyo Electron Limited and RB Merger Corp.* | **PERRY & PERRY, PLLP**<br><br>By s/ Shawn M. Perry<br>Shawn M. Perry (MN Bar No. 0185000)<br>5401 Gamble Drive, Suite 270<br>Minneapolis, MN 55416<br>Telephone: (952) 546-3845<br>Facsimile: (952) 546-3855<br>E-mail: shawn.perry@pppllp.com<br><br>*Local Counsel for Plaintiff*<br><br>FARUQI & FARUQI, LLP<br><br>By s/ Juan E. Monteverde<br>Juan E. Monteverde, *Pro Hac Vice*<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Tel: (212) 983-9330<br>E-mail: jmonteverde@faruqilaw.com<br><br>*Lead Counsel for Plaintiff*<br><br>*JONES DAY*<br><br>By s/ Thomas R. Jackson<br>Thomas R. Jackson (pro hac vice)<br>Michael L. Davitt (pro hac vice)<br>2727 North Harwood Street<br>Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>Email: trjackson@jonesday.com<br>          mldavitt@jonesday.colm<br><br>*Counsel for Tokyo Electron Limited and RB Merger Corp.* |