# UNITED STATES DISTRICT COURT
## District of Minnesota

ADRIAN CALLEROS, on behalf of himself
and all others similarly situated

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 12-CV-2120 (RHK/AJB)

FSI INTERNATIONAL, INC. , DONALD
MITCHELL, JAMES BERNARDS,
TERRENCE GLARNER, STAN YARBRO,
DAVID SMITH, RB MERGER CORP., and
TOKYO ELECTRON LIMITED

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is DISMISSED WITH PREJUDICE, without costs, disbursements or attorneys' fees to any party.

| October 24, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| (By) | L. Brennan, Deputy Clerk |